FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-21-00099-CV

**IN RE** Catalina **SALAZAR**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0846-CV
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Relator's petition for writ of mandamus and motion for emergency stay are denied. An opinion will be forthcoming.

It is so **ORDERED** March 25, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT